■ JACK L. ALPERT et al., Respondents, v ZANE ALPERT, Appellant, et al., Defendants.—Order, Supreme Court, New York County (Martin Stecher, J.), entered on April 19, 1991, unanimously affirmed for the reasons stated by Stecher, J., without prejudice to an application by plaintiffs for sanctions before the trial court, with costs. No opinion. Concur—Murphy, P. J., Carro, Milonas, Ellerin and Kupferman, JJ.